# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

Hamzeh AbdelMajid Abushariah
4701 Kenmore Avenue Apt#1121
Alexandria, Virginia 22304 -

in Re:CR20000459-00; CR20000460-00; CR20000462-00 etc...
against-                                Act of 1789 and As Evidenced At [28 USC] sec. 1651]
All Writs Act Ex Parte, Private Restricted,
Special, Exclusive Equity

(Sheriff) Beth Arthur

&

COMMONWEALTH OF VIRGINIA

Respondents

## WRIT OF HABEAS CORPUS

Comes now Hamzeh Abdel Majid Abu Shariah by Special Restrictive Visitation,

Plaintiff/Petitioner, retaining and asserting all inherent rights, affirms (without the venue of the

UNITED STATES) that the following is true, correct, and complete, and not misleading. The

Petitioner shall at all times be a proper party to this action For i, "Hamzehh Abdel Majid

Abu Shariah, acknowledge and accept all oaths of office sworn on behalf of the following

positions, duties, and job descriptions of employment, and rebuke those sworn in secrecy (i e.**Kol**

**Nidre**), by any and all men/woman, who swore an oath to honor their offices, to limit their

boundaries, and trespasses: to respect the trust they swore to uphold "The Constitution of the

United States", which is the highest "in Law" of the land. The prospect that anyone could be

imprisoned without legal justification strikes at the heart of the rule of law. The Circuit Court at

Arlington and its agents have been found in fault and Default and have agreed by Tacit

Agreement that they have no authority to hold this living private man and yet they have thwarted

the Constitution to do the criminal acts hidden from the public. Below you will see what was

requested of the Commonwealth Officials, Sheriff Beth Authur and you can see the exhibits of

what was sent and filed into the record and in their private capacities:

## II. STATUS OF PETITIONER

The Petitioner is not a UNITED STATES CITIZEN, nor a RESIDENT OF THE UNITED

STATES.

The Petitioner is not a STATE CITIZEN of THE COMMONWEALTH OF VIRGINIA, nor a

RESIDENT of THE COMMONWEALTH OF VIRGINIA.

The Petitioner is NOT a subject of Great Britain

The Petitioner is a man upon the land of the Commonwealth of Virginia

The Petitioner Hamzeh Abdel Majid Abu Shariah is born by nature residing at Alexandria

County, a political subdivision for Commonwealth of Virginia

## III. TYPE OF ACTION

Petitioner petitions the CIRCUIT COURT in the COMMONWEALTH OF VIRGINIA for a
Writ of Habeas Corpus to be issued to inquire into the Nature and Cause of the Respondent(s)
restraint of the Petitioner's liberties and property/corpus.

This action is an original action as per Article 3 of the Constitution of the United States for
the united States of America.

Neither the United States nor the COMMONWEALTH OF VIRGINIA is being invaded by a
foreign power, nor has there been a formal declaration of an insurrection, thusly petitioner
asserts the right, protected by Article (1) one section (9) nine of the Constitution of the United
States for the united States of America and the Constitution of Virginia section(s) 9, 10 and 11.
No person shall be ... deprived of life, liberty, or property, without due process of law; Due
course of law, this phrase is synonymous with due process of law or "law of the land" and means
law in its regular course of administration through courts of justice" [court of record ]. Kansas
Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

## IV. JURISDICTION

Petitioner pursuant to Congress's enactment of the Judicial Act of 1867 and Judiciary Act of
1787, as both are prima facie evidence in the Code of Laws of the United States at [28 USC
section 1651] and pursuant to Federal Jurisdiction evidenced of the Code of law for the United
States at {28 USC sec.1331}. There is no more concurrent jurisdiction because there can't be, so
there is only exclusive jurisdiction and if there is only exclusive then this writ shall be
acknowledged under Exclusive Equity, and not Color of Equity known as One action.

Throughout the history of the United States, no Court nor Justice of any Court or Government,
has ever questioned the authority of this Circuit Court of the Commonwealth of Virginia or any
other State's courts when presented with verified and sworn facts showing a Private Citizen is
unlawfully restrained of his/her persons civil right of Liberty within that Court's territory power
to issue Citizen's privilege of the Writ of Habeas Corpus judicial remedy. As the venerable
Chief Justice Taney of the Supreme Court, as a Circuit judge, states:

"We do not question the authority of a state Court or judge, who is authorized by the laws of
the State to issue the Writ of Habeas Corpus, to issue it in any case where the Party is
imprisoned within its territorial limits [;] Court or judge has a right to inquire, in this [Writ of
Habeas Corpus] made of proceeding, for what Cause and by what Authority the
prisoner is confined within the territorial limits of the State
Sovereignty. And it is the duty of the marshal or other person having the custody of the
prisoner, to make known to the judge or court, by a proper return, the authority by
which he holds him in custody. This right to inquire by process of Habeas Corpus,

the duty of the [Individual having the body] to make a return, grows necessarily out of the complex character of our government, and the existence of two distinct and separate Sovereigns within the same territorial space, each of them restricted in its powers and each within its sphere of action prescribed by the Constitution of the United States, Independent of the other [That is to say:] if the commitment be against, as being made by One who has no jurisdiction or for a matter for which by law no man ought to be punished, the Court is to discharge him; and the commitment is liable to the same objection where the cause is so loosely set forth that the Court cannot whether it with a reasonable grounds of imprisonment or not":

## V. DEMAND FOR ARTICLE THREE JUDICIAL OFFICER

The Petitioner herein demands that only the Circuit Court for Arlington County or an article three judicial officers hear this petition. An article three officer is defined as follows

A) Judges of both the supreme court and inferior courts, holding office during good behavior.

B) Judges of both the supreme court and inferior courts who receive compensation for their services which are not diminished during their continuance in office.

## VI. PURPOSE FOR THE WRIT OF HABEAS CORPUS

In the United States Habeas corpus exists in two forms: common law and statutory. The Constitution for the United States of America acknowledges the Peoples' right to the common law of England as it was in 1789. The purpose for a writ of Habeas corpus is to provide a judicial remedy to the Petitioner to inquire into the nature and cause of the Respondents restraint of the Petitioner's Liberty once the Petitioner has exhausted all administrative procedures without effecting a remedy. Disclosure by the Respondent of the nature and cause of the Respondent's restraint of Petitioners liberty includes but is not limited to the disclosure by the Respondent of the Respondent's authority and jurisdiction to restrain the liberty of the Petitioner. Petitioner requests that the Circuit Court for Arlington County take no notice of Virginia Constitution Article I section 9, "Prohibition of excessive bail and fines, cruel and unusual punishment, suspension of Habeas corpus, Bill of attainder and ex post facto laws. The term "Liberty" includes, but is not limited to, physical incarceration. The issues of the restraint of the Petitioners Liberty raised by this petition/application for a writ of Habeas corpus may include incarceration but is not limited to that single issue of liberty but shall include any and all inherent liberties of the Petitioner that are currently being restrained by Respondent.

## VII. TO WHOM THE WRIT OF HABEAS CORPUS IS TO BE DIRECTED

The Petitioner states that the issuance of a writ of Habeas corpus directed to Beth Arthur, Agents of the COMMONWEALTH OF VIRGINIA, the Respondent's present whereabouts are 1425 NORTH COURTHOUSE ROAD, ARLINGTON, VIRGINIA 22201. Petitioner is seeking from

Beth Arthur and Officials at COMMONWEALTH OF VIRGINIA, to produce proof of your authority, legality and the nature and cause under which the Respondent is restraining the Petitioner.

Should it be found that the Respondents has no legal nor any Congressional authority to restrain the liberty of the Petitioner, the court is to immediately release and discharge petitioner from the restraint of the Respondent.

## VIII. STATEMENT OF FACTS SHOWING PETITIONER HAS EXHAUSTED ALL ADMINISTRATIVE REMEDIES

1. Notice For Fraud Inducement and Deception was (privately) served to Prosecutor Joshua Katcher, Judge Daniel S. Fiore II, Sheriff Beth Arthur, Attorney Lauren Brice On or about the month of May 2021-to present

2. Notice of Default Nihil Dicit was served upon Joshua Katcher and Judge Daniel S. Fiore II in their private capacity and by Tacit Agreement they have admitted to the Fraud.

3. Notice of Agreement has been served upon Joshua Katcher and Judge Daniel S. Fiore, they have admitted they have no authority to even hear this case.

4. Petitioner has followed the administrative process of due process of law and all names involved have by tacit agreement agreed to everything upon the Notices and what needs to happen concerning the Petitioner

(a) The Petitioner has the right to know the nature and cause of The Respondents Action and the Petitioner's right is protected by amendment to the Constitution of the United States for the united States of America

(b) That it is the duty and obligation of the Respondent and all public servants including attorneys-at-law, who have sworn an oath or affirmation to uphold the omission that would work to deny the Petitioner's right of Due Process and equal protection of the law.

(c) That the true and correct appellation or proper name of the Petitioner is Hamzeh Abdel Majid Abu Shariah

## REQUEST FOR ADMISSIONS

1. Admit or Deny Those holding Federal or State public office, county or municipal office, under Legislative, Executive or Judicial branch, including Court Officials, Esquires, Prosecutors Brad Haywood et al ..., Law Enforcement Department employees, Officers of the Court, before entering into these public offices, are required by the U.S. Constitution and statutory law

comply with Title 5 USC Section 3331, "Oath of Office."?

2. Admit or Deny All Oaths of office come under 22 CFR, Foreign Relations, Sections 92.12-92.30.

3. Admit or Deny That Brad Haywood et al ... is holding a public office pursuant to Title 8 USC section 1481.

4. Admit or Deny That you are a Foreign Agent

5. Admit or Deny That you have filed a true registration statement/Affidavit with the State Attorney General as a foreign principle

6. Admit or Deny That your Oath of Office requires Brad Haywood et al ... a public official in his/her foreign state capacity to uphold a Republican form of Government

7. Admit or Deny That Brad Haywood et al... had power of Attorney to act on behalf of the COMMONWEALTH OF VIRGINIA.

8. Admit or Deny That Brad Haywood et al...was an Officer of the court in regards to the case # CR20-275, CR20001459-00, CR20000460-00, CR20000462-00 CL21-00278200, CL21-2908, CL21-2909, CL21-2910

9. Admit or Deny That you and all agents acted under color of Law

10. Admit or Deny Esquire Brad Haywood et al... under color of law, never had "any" authority to bring "any" claim on behalf of the COMMONWEALTH OF VIRGINIA

11. Admit or Deny That this country is in a bankruptcy

12. Admit or Deny That I was on federal land when the alleged crime was committed

13. Admit or Deny That only the "governing authority", the board of directors, at a noticed meeting for a corporation or business entity, may hire counsel on behalf of the same.

14. Admit or Deny That you had/have Rule 11 jurisdiction over a private man

15. Admit or Deny That you are not in violation of Rule 5.5

16. Admit or Deny That you, Brad Haywood et al..., had/have Congressional consent to represent the COMMONWEALTH OF VIRGINIA

17. Admit or Deny That you had Power of Attorney to act on behalf of the CORPORATION (COMMONWEALTH OF VIRGINIA)

18. Admit or Deny That you have not violated the Due Process Clause

19. Admit or Deny That I was / am a government employee

20. Admit or Deny, that one must be at work as an employee/administrator of the Government, for you to exercise your color of authority

21. Admit or Deny That there was a lawful warrant with an affidavit sworn under penalty of perjury to hinder, control and arrest my being

22. Admit or Deny That the duty and power of the B.A.R. recipient gives you authority to talk to a private living Adam/man?

23. Admit or Deny with no Congressional authority, an Esquire/Attorney "CANNOT" bring a claim against a private man, therefore violating Due Process of Law.

24. Admit or Deny you had my credentials for you to con-verse with me?

25. Admit or Deny That I am/was that name SHARIAH, ABDELMAJID HAMZEH

26. Admit or Deny That I claimed that I own that name?

27. Admit or Deny That If I am responsible for that name, then by what authority did you sue that name?

28. Admit or Deny If I am not responsible for the name then why was I forcefully summonsed unto the court That has no subject matter jurisdiction?

29. Admit or Deny That false representation does not constitute fraud.

30. Admit or Deny Esquire Brad Haywood et al ... placed a false name of a CORPORATE U.S. citizen upon the records and used a forced "calling" to induce and deceive the private man into subjection, violating honest service?

Interrogatories:

1. What act of legislation granted the title or created the public office of Esquire?

2. If no such legislation exists, by what lawful authority does one act?

3. Is one communicating about a debt in a species other than what has been legislated?

4. What legislation granted the Supreme Court licensing/certification power?

5. Who Has Authority to Hire the Corporate BAR Attorney?Majid

Abu Shariah.

(d) The Respondent has no evidence that Petitioner Hamzeh AbdelMujid Abushariah and HAMZEH ABUSHARIAH are the same party.

(e) The Respondent stipulates that there are no facts to support any assertion that the Petitioner is an artificial, juristic, or statutory person

(f) The Respondent cannot disclose the nature and cause of "The Respondent's Action" or who the injured party is

(g) The Respondent stipulates that all further issued raised by the Petitioner in the Demand are relevant and material but rendered moot in that Petitioner is not a party to the Respondent's Action.

(h) The Respondents cannot disclose by what authority they are restraining my body


## IX. HOW PETITIONER'S LIBERTY IS BEING RESTRAINED BY RESPONDENT RIGHT OF ACTION

1. Restraining the petitioners right protected by amendment 13 to the Constitution of the United States for the united States of America from peonage and involuntary servitude by forcefully compelling the Petitioner to involuntary participate in the Respondent's action filed in the Circuit Court at Arlington County (Supra) under cause #'s CR20000459-00; CR20000460-00; CR20000462-00, CL21-2753 etc..., by and through UNKNOWN agents, PROSECUTORS, wherein the Petitioner is not named as a party in interest.

2. The Respondent's refusing to disclose to the Petitioner, the nature and cause of the Respondent's action as it applies to the Petitioner, restraining the Petitioner's right, protected by amendment 6 to the Constitution of the United States for the united States of America to fully disclose of the nature and cause of the Respondent's action filed in the Circuit Court at Arlington County under cause #'s CR20000459-00; CR20000460-00; CR20000462-00, CL21-2753 etc... depriving the Petitioner of the right to due process of law and equal protection of the law protected by amendments 5 and 14 to the Constitution of the United States for the united States of America.

3. How can a Foreign Agent known as a public defender, even attempt to deny me my right to effective counsel without any Congressional authority? Restraining the Petitioners right protected by amendment 6 to the Constitution of the United States for the united States of America who does not Consent by the choice of disability of a conflict of interest in that all attorneys-at-law are in fact agents of the Respondent.

4. The Respondent threatening to further restrain the liberty of the Petitioner by imprisonment and loss of property without lawful due process of law and equal protection of law protected by amendments 5, 6, and 14 to the Constitution of the United States for the united States of America.

5. Article IV Section 4 guarantees a republican form of government against domestic violence, when a judge enforces acts beyond his authority under color of law, judicial immunity is lost, it is nothing less than lawless violence. Likewise legislative jurisdiction that is not authorized by the United States Constitution is as inoperative as though it had never been passed and judges proceeding without jurisdiction are indictable for treason, judges are expected to know the law. No State can deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. Any court that ignores due process is not a common law court; such an action proves a court unlawful and consequently has no legal authority over the petitioner without his consent.

6. **COLOR OF LAW.** [Black's Law 4th] -- The appearance or semblance, without the substance, of legal right. [State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148] Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." (Atkins v. Lanning, 415 F. Supp. 186, 188)


## X. STATEMENT WHY THE RESPONDENT'S RESTRAINT OF THE PETITIONER IS ILLEGAL

1. Respondents named supra have been found to be in default by Tacit Agreement for

not answering the interrogatories from the privately served Notices

2. Petitioner did not violate any of the color of law documents concerning his fraudulent probation officer and fraudulent tracker officer who has no authority to restrain me.

3. The Respondent stands in open violation of the Petitioner's right to full disclosure of the nature and cause of The respondent's action, " protected by amendment 6 to the Constitution of the United States for the united States of America and F.R.C.P. 12(b)(6) failure to state a claim upon which relief can be granted, clarifying by what Authority and where did it come from to restrain my body

4. The Respondent was knowledgeable that the Petitioner's right to due process of law and equal protection of the Law was purposely being violated and having the power to prevent or correct the wrongful act in violation of Public Law 1871, ch 22 section 6 17 Stat. 15 {Codified in Title 42 section 1986}

## XI. ARGUMENT

1. Petitioner has no record where he was given in writing with the Circuit Court Letterhead, that he had a Show Cause hearing dated June 15, 2021 and under what authority you are making this request

2. Petitioner's Color of Office Probation officer, after speaking with Hamzeh Abushariah on June 23, 2021, never stated to me that there was a war-rant for an arrest.

3. Petitioner has no record that a court hearing convened on June 15, 2021, concerning the matter that the Petitioner had to participate in.

4. Petitioner was where he was supposed to be and has no record of violating any stipulations placed upon him under the color of law, by the Officers and agents who invented this cause of action.

5. Petitioner's Notices have been found to be in default by you officials and thusly has completely exonerated Hamzeh AbdelMajid Abushariah especially with his un-a lien-able rights given and invoked to him by his creator.

6. Petitioner's request for a copy of the affidavit signed under penalty of perjury, I was denied and thusly Petitioner's right to remain in his private abode was violated even with him stating he does not Consent until he could see the affidavit.

7. A show Cause hearing was allegedly arranged to question him about a Bible verse which was used to state that the words were taken as a threat and yet this same Bible is used by you to be sworn in office under a mandated Oath.

8. Petitioner has requested by what Congressional authoritative act does the Respondent's has to even speak to me, a private man and the answers have been found to be in default as per Respondents (supra) silence when it is your duty to

speak

9. The Right of Action is breach of fiduciary duty by the Respondents failure to provide due process of law and equal protection of the law by compelling the Respondent's Action upon the Petitioner without Petitioner's correct consent nor explaining by what authority do you possess to restrain my liberty.

10. Any ruling by any court where jurisdiction is clearly wanting is void and without force and effect. It is the duty of the court to prevent or correct any act, or omission which would result in violation of the Petitioner's inherit right of Due Process and equal protection of the Law.

11. Therefore, no warrant is to be executed by a Sheriff without a wet ink signature (There was None) of a judge; a rubber stamp or a clerks' signature is not sufficient. No legal instrument has executional powers without a signature and must be accompanied with a sworn affidavit; this includes federal liens and IRS liens. A notice of lien or notice of levy is not due process according to the Bill of Rights; Amendment IV The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

12. No one is bound to obey an unconstitutional law and no courts are bound to enforce it." -- Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886) "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." -- Cruden v. 230 Neale, 2 N.C. 338 (1796) 2 S.E.

13. "All laws, rules and practices which are repugnant to the Constitution are null and void" 215 -- Marbury v. Madison, 5th US (2 Cranch) 137,

14. "The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no

15. office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one.

16. An unconstitutional law cannot operate to supersede any existing law.

17. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution) it is superseded thereby.

18. Thus we read Article 1 Section 9 paragraph 2 The privilege of the writ of Habeas corpus shall not be suspended. Title 28 of the United States Code acknowledges that

it is not the responsibility of the petitioner to know by what claim or authority the state acts, but that the petitioner may inquire as to the cause of the restraint by Habeas corpus. 28 USC 2243 A court, justice or judge [tribunal] entertaining an application for a writ of Habeas corpus shall forthwith award the writ or issue an order directing the respondents to show cause why the writ should not be granted.

19. When the persons holding the prisoner neglect to answer said Habeas corpus then the Federal Rules of Civil Procedure, Rule 55 activates and the prisoner must be released under the entry of default. Whereas we read: When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise [under seal], the clerk shall enter the party's default. 18 USC § 2071 (a)

20. Habeas corpus is a judicial process, not open for debate. If the prisoner is not released, the party that continues to restrain the prisoner would be guilty of false imprisonment and kidnaping. The arrest of said perpetrators is the appropriate action by the Sheriff and the said perpetrators are to be brought before the Grand Jury for indictment

21. "An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County 118 US 425 p. 442 25

22. "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued. and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." – Ableman v. Booth, 21 Howard 506 (1859)


## XII. CONCLUSION

## APPLICATION FOR WRIT OF HABEAS CORPUS

In view of Respondent's actual threatened enforcement of The Respondent's Action under cause #'s CR20000459-00; CR20000460-00; CR20000462-00, CL21-2753 etc... filed in the Circuit Court at Arlington County, to restrain the Petitioner and Petitioner's contention that the Respondent has not disclosed to the Petitioner by nature and cause, the legality or by what authority the Respondent places Petitioner under the Restraint of the Respondent Petitioner is not a real party in interest in The Respondent's Action", and that there is an actual controversy within the jurisdiction of this court. Daniel S. Fiore II is Disqualified to even hear this case, as the assigned Fiduciary according to the Law, your sworn oath and these Codes, you have a conflict of interest and have no Congressional authority to make any decisions concerning this matter.

**A Writ of Habeas Corpus will adjudicate the rights of the parties.**

28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge

(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding.

## 26 CFR § 301.6903-1 - Notice of fiduciary relationship

(a) Rights and obligations of fiduciary. Every person acting for another person in a fiduciary capacity shall give notice thereof to the district director in writing. As soon as such notice is filed with the district director such fiduciary must, except as otherwise specifically provided, assume the powers, rights, duties, and privileges of the taxpayer with respect to the taxes imposed by the Code. If the person is acting as a fiduciary for a transferee or other person subject to the liability specified in section 6901, such fiduciary is required to assume the powers, rights, duties, and privileges of the transferee or other person under that section. The amount of the tax or liability is ordinarily not collectible from the personal estate of the fiduciary but is collectible from the estate of the taxpayer or from the estate of the transferee or other person subject to the liability specified in section 6901.

(c) Where notice is not filed. If the notice of the fiduciary capacity described in paragraph

(d) Definition of fiduciary. The term "fiduciary" is defined in section 7701(a)(6) to mean a guardian, trustee, executor, administrator, receiver, conservator, or any person acting in any fiduciary capacity for any person.

18 U.S. Code § 1951 - Interference with commerce by threats or violence

(a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both.

(b)As used in this section—

(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.

(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.

(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between

points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction.

(June 25, 1948, ch. 645, 62 Stat. 793; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)


## XIII. PRAYER FOR RELIEF

That the Petitioner Hamzeh AbdelMajid Abushariah, a private man of the age of majority be released immediately under his own recognizant based upon the facts that the COMMONWEALTH OF VIRGINIA and its governmental officers have no authority to restrain my body, and by your silence you have submitted to these truths, so help me GOD! Justice delayed is Justice denied!

We the Undersigned, Hereby Verify Under Penalty of Perjury, under the laws of the United States for the united States of America, to the best of our current information, belief, and knowledge, seek and share these truths, so help us God. Pursuant to 28 U.S.C. §1746

**Surah 24:11** "The Light" Rather, it is good for you.1 They will be punished, each According to their share of the sin. As for their mastermind, 2 he will suffer a tremendous punishment.

**Surah 17:58** Al Isra "The Night Journey" There is not a ´wicked` society that We will not destroy or punish with a severe torment before the Day of Judgment. That is written in the Record.

**Surah An Nur "The Light" 24:53** Tell them, 'Do not swear: it is reasonable obedience that is required, and God is aware of everything you do.'

Govern Yourselves Accordingly,

Without the UNITED STATES

By:_____ UCC1-308

_____  
Witness#1

_____  
Witness#2

**July 12, 2021 1st Filing**

**November 19, 2021 2nd filing**

## COMMONWEALTH OF VIRGINIA
## CIRCUIT COURT OF ARLINGTON

Hamzeh Abdel Majid Abu Shariah
4701 Kenmore Avenue Apt#1121
Alexandria, Virginia 22304 -
                                    **Demandant**
-against-

                    In Re: CR20000459-00; CR20000460-00; CR20000462-00 et al...

Joshua Katcher
Brad Haywood
Lauren Brice
Beth Arthur
Parisa Dehghani-Tafti
Ralph Northam
Raymond F. Morrogh
Paul Ferguson
Jeffrey Overand
Daniel S. Fiore II,
William T. Newman jr
Allison Carpenter
Judith L Wheat
Mark Herring
Louise M. DiMatteo

Libellee(s) et al...

# NOTICE AND DEMAND

**COMES NOW**, Demandant, Hamzeh Abdel Majid Abu Shariah, a private man upon the land, the age of majority, sui juris, giving A **NOTICE AND DEMAND**, that the Defendant(s) THE COMMONWEALTH OF VIRGINIA and its AGENTS lacks jurisdiction to convict, hear or **bring any case against this Demandant** under **Foreign Agents Registration Act of 1938,** Federal Rules of Civil Procedure 4(j), 12(b)(1), (2), (3), (6) as well as the **4th, 5th, 9th, 10th, 11th and 14th amendments of the Constitution**, whereby Demandant is **not subject** to a Foreign State. **Justice is required to be BLIND while holding a SET OF SCALES and a TWO-EDGED SWORD. This symbolizes true justice.** The Administrative Procedure Act of 1946 **(60 stat 237)** would allow the sword to cut in either direction and give the judge immunity by holding his own court office accountable **for honest service fraud,** obstruction of justice, false statements, **malicious prosecution and fraud placed upon the court. Any willful intent to uncover the EYES OF JUSTICE or TILT THE SCALES is a willful intent to deny Due Process, which violates Title 18 USC §1346, "Scheme or Artifice to Defraud," by perpetrating a scheme or artifice to deprive another of the intangible right of honest services.** This is considered **fraud and an overthrow of a constitutional form of government** and the person/agent depriving the honest service can and will be held accountable and face punishment **under Title 18 USC and Title 42 USC and violates Title 28 USC judicial procedures.**

1. I demand to be provided with **your Foreign Registered Statement pursuant to the Foreign Agents Registration act of 1938 as amended.**

2. **I demand proof that this existed** when this alleged criminal/civil matter was placed upon the Circuit Court of Arlington's record?

3. I demand FULL disclosure of your oath of office, your bond, and insurance number which **you Must carry** around as a **Foreign Agent** consistently because you represent a **Foreign Corporation**

4. I demand to be provided with the act of legislation that granted the title and/or created the **public office of Esquire** and if no such legislation exists, **by what lawful authority does one act?**

**If you can't provide what I demand, then you are violation of your Oath operating outside of your jurisdiction and any and everything you have filed and said upon the record is Void Ab Initio Nunc Pro Tunc!!! I require you to Respond to this demand via my email Saddamtow@gmail.com**

<u>Verified Affidavit</u>
IN WITNESS WHEREOF, I, Hamzeh Abdel Majid Abu Shariah, Sui Juris, a private man upon the soil, age of majority solemnly affirms and verify that I have read the foregoing and know its contents to be true to the best of my knowledge, except as to the matters which are therein stated on my information or belief, and as to those matters, I believe them to be true. This instrument is submitted upon good faith effort that is grounded in fact, warranted by existing law for the modification or reversal of existing law and submitted for proper purposes, and not to cause harassment and unnecessary delay or costs, so help me God. **See Supremacy Clause (Constitution, Laws and Treaties are all the supreme Law of the Land).**
I declare under penalty of perjury, under the laws of the Republic of Virginia, that the foregoing is true and correct. THIS IS A 48 HR DEMAND from receipt!!!!

By: *Hamzeh Abu Shariah* UCC1-308

**December 12, 2021**          **Living Man upon the soil/Beneficiary/Creditor**

_____          _____
WITNESS#1                                    WITNESS#2

**MEMORANDUM OF LAW AND DEFINITIONS**

**The Foreign Agent Registered Act (FARA )is codified at 22 U.S.C. § 611 *et seq*. and its implementing rules are located at 28 C.F.R. § 5.1 *et seq*. The Department of Justice enforces and administers FARA.,**

**FOREIGN.** Belonging to another nation or coun7 try; belonging or attached to another jurisdiction; made, done, or

rendered in another state or jurisdiction; subject to another jurisdiction; operating or solvable in another territory; extrinsic; outside; extraordinary. Nonresident. 775 FOREIGN Blanchette v. New England Telephone & Telegraph Co., 90 N.H. 207, 6 A.2d 161, 162. As to foreign "Administrator," "Assignment," "Attachment," "Bill of Exchange," "Charity," "Commerce," "Corporation," "County," "Creditor," "Divorce," "Document," "Domicile," "Factor," "Judgment," "Jury," "Minister," "Plea," "Port," "State," "Vessel," and "Voyage," see those titles.


**FOREIGN NATION or STATE.** A nation totally independent of the United States of America 2. The constitution authorizes congress to regulate commerce with **"foreign nations."** This phrase does not include an Indian tribe, situated within the boundaries of a state, and exercising the powers of government and sovereignty. 5 Pet. R. 1. Vide Nation


**MUNICIPAL.** Strictly, this word applies only to what belongs to a city. Among the Romans, cities were called municipia; these cities voluntarily joined the Roman republic in relation to their sovereignty only, retaining, their laws, their liberties, and their magistrates, who were thence called municipal magistrates. With us this word has a more extensive meaning; for example, we call municipal law, we call the law of a city only, but the law of the state. 1 Bl. Com. Municipal is used in contradistinction to international; thus we say an offence against the law of nations is an international offence, but one committed against a particular state or separate community, is a municipal offence.


**S.C.R. 1795, Penhallow vs. Doane's Administrators, 3 U. S. 54, 1 L. Ed. 57, 3 Dall. 54**
**"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."**


**MUNICIPAL CORPORATION.** A public corporation, created by government for political purposes, and having subordinate and local powers of legislation. 2 Kent, Comm. 275; Bonaparte v, Camden & A. R. Co., Baldw. 222, F.Cas.No.1617. An incorporation of persons, inhabitants of a particular place, or connected with a particular district, enabling them to conduct its local civil government Glov.Mun.Corp. 1. A legal institution formed by charter from sovereign power erecting a populous community of prescribed area into a body politic and corporate with corporate name and continuous succession and for the purpose and with the authority of subordinate self-government and improvement and local administration of affairs of state. State v. Cheyenne County, 127 Neb. 619, 256 N.W. 67. A body corporate consisting of the inhabitants of a des, ignated area created by the legislature with or without the consent of such inhabitants for governmental purposes, 1168 MUNICIPAL OFFICER possessing local legislative and administrative power, also power to exercise within such area so much of the administrative power of the state as may be delegated to it and possessing limited capacity to own and hold property, and to act in purveyance of public conveniences. Van Gilder v. City of Madison, 222 Wis. 58, 268 N.W. 108, 109. Cities, towns, and villages are municipal corporations proper. Strickfaden v. Green Creek Highway Dist., 42 Idaho 738, 248 P. 456, 458, 49 A.L.R. 1057. On the other hand, such term in many instances does not extend so far as to include counties; Hersey v. Nelson, 47 Mont. 132, 131 P. 30, 31, Ann.Cas.1914C, 963; or drainage districts; Sawyer v. Camden Run Drainage Dist., 179 N.C. 182, 102 S.E. 273, 274; or irrigation districts; Crawford v. Imperial Irr. Dist., 200 Cal. 3 18, 253 P. 726, 729; or road districts; William T. Joyce Co. v. Police Jury of Parish of Tangipahoa, 146 La. 322, 83 So. 587, 588; or school districts; Dick son v. Brewer, 180 N.C. 403, 104 S.E. 887, 889; nor does it include the state; Herkimer Lumber Co. v. State, 196 App. Div. 708, 189 N.Y.S. 119, 122; but see contra, as to the District of Columbia, Stoutenburgh v. Hennick, 129 U.S. 141, 9 S.Ct. 256, 32 L.Ed. 637. Nevertheless, it has been held in other cases, often under different circumstances or in different contexts, that the term may include counties; Van Hess v. Board of Com'rs of St. Joseph County, 190 Ind. 347, 129 N.E. 305, 307; and, in Louisiana, parishes; State v. Hagen, 136 La. 868, 67 So. 935; drainage districts; State v. Little River Drainage Dist., 291 Mo. 267, 236 S.W. 848, 849; irrigation districts; Peters v. Union Gap Irr. Dist., 98 Wash. 412, 167 P. 1085, 1086; road districts; State ex rel. Little Prairie Special Road Dist. of Pemiscot County v. Thompson, 315 Mo. 56, 285 S.W. 57, 61; a nd the like; Milheim v. Moffat-Tunnel Improvement Dist., 72 Colo. 268, 211 P. 649, 653; Drum v. University Place Water Dist.: 144 Wash. 585, 258 P. 505, 506. English law. A body of persons in a town having the powers of acting as one person of holding and transmitting property, and of regulating the government of the town. Such corporations existed in the chief towns of England (as of other countries) from very early times, deriving their authority from "incorporating" charters granted by the crown. Wharton **(Black's LAW 1ST EDITION)**


**Who is a "Foreign Principal"?**
FARA defines "foreign principal" broadly to include:
**Any foreign government;**
**Any foreign political party;**
**Any association, corporation, organization, or "combination of persons"** that either was established under a **foreign country's laws or maintains its principal place of business in a foreign country; and**
**Any individual outside the United States (other a U.S. citizen who is also domiciled in the U.S.).**

In other words, foreign government entities, political organizations, businesses, nonprofits, state-owned enterprises, and even individuals are all "foreign principals" under FARA.

**Who is an "Agent"?**
An "agent" is an individual or entity that acts "within the United States" at the order, request, direction, or control of either: (1) a "foreign principal"; or (2) a person "any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a "foreign principal." An individual or entity can become an "agent" even without a contractual relationship or formal agreement with a "foreign principal."

**Courts have used the Restatements of Agency as a guide in assessing "agent" status, but they have also departed from traditional conceptions of agency law** at times by, for instance, finding that common personnel, shared facilities, and coincidence in views were insufficient to create an "agent"-"principal" relationship under **FARA.**

**An "agent"** is typically identified through practical indicators, such as contractual language, reporting lines, payment streams, and statements found within emails, internal files, and work product that appear to indicate one party is

working for another. Acting within the United States at another's order, request, direction, or control is insufficient by itself to create "agent" status under FARA, though. **In order to be an "agent," an individual or entity must also engage in FARA-registrable activity.**

1. Those holding Federal or State public office, county or municipal office, under the Legislative, Executive or Judicial branch, including Court Officials, Judges, Prosecutors, Law Enforcement Department employees, Officers of the Court, and etc., before entering into these public offices, are required by the U.S. Constitution and statutory law to comply with Title 5 USC, Sec. §3331, "Oath of office." State Officials are also required to meet this same obligation, according to State Constitutions and State statutory law.

2. **All oaths of office come under 22 CFR, Foreign Relations, Sections §§92.12 - 92.30, and all who hold public office come under Title 8 USC, Section §1481 "Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions."**

3. **Under Title 22 USC, Foreign Relations and Intercourse, Section §611, a Public Official is considered a foreign agent. In order to hold public office, the candidate must file a true and complete registration statement with the State Attorney General as a foreign principle.**

4. **The Oath of Office requires the public official in his / her foreign state capacity to uphold the constitutional form of government or face consequences.**

**Title 10 USC, Sec. §333, "Interference with State and Federal law"**
The President, by using the militia or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it—(1) so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of **its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection;** or (2) opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws.
In any situation covered by clause (1), **the State shall be considered to have denied the equal protection of the laws secured by the Constitution.**

5. **Such willful action,** while serving in official capacity, violates Title 18 USC, Section §1918: **"Disloyalty and asserting the right to strike against the government"**
Whoever violates the provision of 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—
(1) advocates the overthrow of our constitutional form of government.
(2) **is a member of an organization that he knows advocates the overthrow of our constitutional form of government;** shall be fined under this title or imprisoned not more than one year and a day, or both.
and also deprives claimants of "honest services:

**Title 18, Section §1346. Definition of "scheme or artifice to defraud"**
"For the purposes of this chapter, the term **"scheme or artifice to defraud"** includes a scheme or artifice to deprive another of the **intangible right of honest services.**

# COMMONWEALTH OF VIRGINIA
# CIRCUIT COURT OF ARLINGTON

**Hamzeh AbdelMajid Abushariah**
**4701 Kenmore Avenue Apt#1121**
**Alexandria, Virginia 22304 -**

2021 DEC 16 PM 2:46
PAUL FERGUSON CLERK
RECEIVED

**Vs**                    **In Re:CR20000459-00; CR20000460-00; CR20000462-00 et al...**

**COMMONWEALTH OF VIRGINIA & AGENTS/AGENCIES et al....**
**1425 NORTH COURTHOUSE ROAD SUITE 6700**
**ARLINGTON, VIRGINIA 22201**
**Respondent(s)**

## AFFIDAVIT OF NOTICE OF NON-RESPONSE

Be it therefore known by these presents, that I, Hamzeh Abdel Majid Abu Shariah, by Special Restrictive visitation, a competent man upon the land, who has reached the age of majority and We The People, do hereby and herein give formal Notice of Acceptance on the record, of the mandated Oath of Office of all PUBLIC SERVANTS at Arlington County, specifically involved in these cases supra!

**THAT** A Notice and Demand was filed 12-13-2021 at the address above, with specific instructions that must have been responded to under the laws of this State.

**THAT** You failed to perform after receiving the Notice and Demand, Your silence and denial to answer is an answer within itself.

**THAT** As silence is acquiescence under the law, silence can only be equated with fraud where there is a lawful or moral duty to speak, or where an inquiry left unanswered would be misleading, whether intentionally or not.

**THAT** By your silence you are in full agreement to every stipulation that is found in the Notice and Demand.

That the Respondent(s) have been Noticed that's Respondent(s) are in full agreement with the responsibility of that which they remained silent on.

12/15/2021                              Govern yourselves accordingly;

By: _Hamzeh Abashariah_ UCC1-308
Beneficiary/Living Man/ Creditor/Private Man

_____                    _____
WITNESS#1                          WITNESS#2

# COMMONWEALTH OF VIRGINIA
# CIRCUIT COURT OF ARLINGTON

**Hamzeh AbdelMajid Abushariah**
**4701 Kenmore Avenue Apt#1121**
**Alexandria, Virginia 22304 -**

**Vs**                    **In Re:CR20000459-00; CR20000460-00; CR20000462-00 et al...**

**COMMONWEALTH OF VIRGINIA & AGENTS/AGENCIES et al....**
**1425 NORTH COURTHOUSE ROAD SUITE 6700**
**ARLINGTON, VIRGINIA 22201**
**Respondent(s)**

## MOTION TO DISMISS IMMEDIATELY

Surah 21: 18 In fact, we hurl the truth against falsehood, leaving it crushed, and it quickly vanishes. And woe be to you for what you claim!'

Be it therefore known by these presents, that I, **Hamzeh Abdel Majid Abu Shariah, by Special Restrictive visitation,** a competent man upon the land, who has reached the age of majority and We The People, do hereby and herein give formal Notice of Acceptance on the record, of the mandated Oath of Office of **all PUBLIC SERVANTS** at Arlington County, specifically involved in these cases supra!

Based upon the evidence presented, **see exhibits,** you have been found in default and violations of the Copyright laws concerning Hamzeh Abdel Majid Abu Shariah. You have had time to answer and equitably act concerning our presentments, i.e., **Copyright Notice, Notice and Demand, Affidavit of Non-Response and now Motion to Dismiss immediately.** We have fulfilled the administrative process and when it was your duty to speak, you remained silent, and silence can be equated **with fraud** when it was your duty to speak! You have been found wanting **with no authority,** with a multiplicity of violations concerning following your own rules, Oath and the laws of the United States, laws of the Virginia Commonwealth and the United States Constitution.

Its is demanded that relief be granted, and the body of Hamzeh Abdel Majid Abu Shariah be immediately discharged from your fraudulent peonage of a private man upon the land. You are in default and have agreed by Tacit Agreement to everything we have filed and had served upon you and your officers.

**Surah 17:58 Al Isra "The Night Journey" There is not a 'wicked' society that We will not destroy or *punish* with a severe torment before the Day of Judgment. That is written in the Record.**

**Surah An Nur "The Light" 24:53 Tell them, 'Do not swear: it is reasonable *obedience* that is required, and God is aware of everything you do.'**

OMB No. 1124-0001; Expires May 31, 2020

U.S. Department of Justice

Washington, DC 20530

# Registration Statement
## Pursuant to the Foreign Agents Registration Act of 1938, as amended

## INSTRUCTION SHEET-READ CAREFULLY

1. *Use.* All persons required to register under this Act shall use this form in submitting the information required by Section 2(a).

2. *Read Act and Rules.* Registrant should carefully read the Act and the Rules thereunder before completing this form.

3. *Answer.* Unless otherwise specifically instructed in this form, a registrant shall answer every item on this form. Whenever the item is inapplicable or the appropriate response to an item is "none", an express statement to that effect shall be made.

4. *Attachments.* Inserts and riders of less than full page size shall not be used. Whenever insufficient space is provided for response to any item, reference shall be made in such space to a full insert page or pages on which the item number and inquiry shall be restated and a complete answer given.

5. *Filing.* The completed statement, including all exhibits, shall be filed in electronic form with the Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice at https://www.fara.gov. The statement must be filed in accordance with 28 U.S.C. § 1746. A copy should be retained by the registrant.

6. *Filing Fee.* The filing of this document requires the payment of a filing fee for each listed foreign principal as set forth in Rule 5(d)(1), 28 C.F.R. § 5.5(d)(1).

7. *Privacy Act Statement.* The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

8. *Public Reporting Burden.* Public reporting burden for this collection of information is estimated to average 1.375 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

Note: *Omit this instruction sheet when filing this Statement.*

**IN THE UNITED STATES**
**FOR THE ESTATE OF HAMZEH ABDELMAJID ABU SHARIAH**
Office of Administrator
C/o: Abu Shariah, Hamzeh Abdel Majid 4701 Kenmore Avenue Apt#1121
Alexandria, Virginia 22304
September 28, 2021

**CIVIL/criminal DEPARTMENT ARLINGTON CIRCUIT COURT COUNTY OF**
**ARLINGTON, STATE OF VIRGINIA, 17TH JUDICIAL CIRCUIT**
**CASE#CR20-275, CR20000459-00, CR20000460-00, CR20000462-00**

**JUDICIAL NOTICE OF LAW DISQUALIFICATION**

Objection to the proceeding:

**28 U.S. Code § 455 – Disqualification of justice, judge, or magistrate judge**

(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;

**26 U.S. Code § 6903.Notice of fiduciary relationship**

**(a) RIGHTS AND OBLIGATIONS OF FIDUCIARY** Upon notice to the Secretary that any person is acting for another person in a fiduciary capacity, such fiduciary shall assume the powers, rights, duties, and privileges of such other person in respect of a tax imposed by this title (except as otherwise specifically provided and except that the tax shall be collected from the estate of such other person), until notice is given that the fiduciary capacity has terminated.

For you to even act you must first produce a bonafide delegation of authority order p.o.a. issued from the Treasury. (That's Due Process). Due to the fact judge Louise M. DiMatteo BAR#30273 on the case#CR20-275, CR20000459-00, CR20000460-00, CR20000462-00, etc... has assigned herself fiduciary and or trustee over the Estate. I have a right to reversion due to misappropriation of my funds by the fiduciary. (absconding) Trying to collect a revenue from me without notice to Secretary in the guise of a civil/criminal proceeding is tax fraud. Evading an obligation to pay a tax being an agent by acting as an agent for the IRS, foreign for-profit corporation it's supposed to be posted for the public record, at the same time you misrepresented your position as a judge which would imply you were delegated Article 3 judgeship and that you have no fiduciary relationship outside your delegation to the common law when in fact you do, operating for the**circle church** and hiding it, and then at the same time collecting a 3rd party like a foreign Bill of exchange. Forcing us to pay another party of which you are basically an associate and getting the kick back. Avoiding tax reporting and acting as agents, misrepresenting yourself as a judge, collecting a finance for a 3rd party, the foreign bill of exchange which is an unlawful procedure in itself.

**§ 301.6903-1 Notice of fiduciary relationship.**

**(a) Rights and obligations of fiduciary.** Every person acting for another person in a fiduciary capacity shall give notice thereof to the district director in writing. As soon as such notice is filed with the district director such fiduciary must, except as otherwise specifically provided, assume the powers, rights, duties, and privileges of the taxpayer with respect to the taxes imposed by the Code. If the person is acting as a fiduciary for a transferee or other person subject to the liability specified in section 6901, such fiduciary is required to assume the powers, rights, duties, and privileges of the transferee or other person under that section. The amount of the tax or liability is ordinarily not collectible from the personal estate of the fiduciary but is collectible from the estate of the taxpayer or from the estate of the transferee or other person subject to the liability specified in section 6901.

2021 SEP 28 PM 2:29 RECEIVED

Hamzeh AbdelMajid Abushariah
4701 Kenmore Avenue Apt#1121
Alexandria, Virginia 22304 -

Vs           In Re:CR20000459-00; CR20000460-00; CR20000462-00 et al.

COMMONWEALTH OF VIRGINIA & AGENTS/AGENCIES et al....
1425 NORTH COURTHOUSE ROAD SUITE 6700
ARLINGTON, VIRGINIA 22201
Libellees

# NOTICE OF DEFAULT & IMMEDIATE DISMISSAL

Be it therefore known by these presents, that I, Hamzeh AbdelMajid Abu Shariah, by special Restrictive visitation, a competent man upon the land, who has reached the age of majority and We The People, do hereby and herein give formal Notice of Acceptance of the mandated Oath of Office of all PUBLIC SERVANTS at Arlington County, specifically involved in these cases supra!. **Notification of liability is the first essential element of due process of law.** As silence is acquiescence under the law, silence can only be equated with fraud where there is a lawful or moral duty to speak, or where an inquiry left unanswered would be misleading, whether intentionally or not.

Attorney General Mark Herring for the Commonwealth of Virginia **gave an order** that a response to the **Writ of Habeas Corpus** was due by September 24, 2021, and that order has been either ignored or denied, but regardless of what the excuse may be, **this case is by law immediately dismissed and the body of Hamzeh Abu Shariah is commanded to be released right now!**

**Your silence and denial to answer is an answer within itself and you have been and are continually acting in the capacity of an enemy and Trespasser of the Constitution of the united States of America.**

**You will be charged with violating:**

     **a. 42 USC sec. 1983 Civil action for deprivation of rights**
     **b. 42 USC sec. 1985 Conspiracy to interfere with civil rights**

c. 42 USC sec. 1986 Action for Neglect to prevent
d. 18 USC sec. 2 Principals Aiding and Abetting
e. 18 USC sec. 4 Misprision of Felony
f. 18 USC sec. 241 Conspiracy against Rights under Color of Law
g. 18 USC sec. 242 Deprivation of Rights under Color of Law
h. 18 USC sec. 371 Conspiracy to commit offense or defraud the
United States
i. 18 USC sec. 1028 Fraud and related activity in connection with
Identification documents, authentication features, and
information
j. 18 USC sec. 1341 Frauds and swindles
k. 18 USC sec. 1346 Scheme and Artifice to defraud
l. 18 USC sec. 1512 Tampering with a witness, victim, or
informant
m. 18 USC sec. 1951 Interference with commerce by threats or
violence
n. 18 USC sec 1959 Violent crimes in aid of racketeering activity
o. 18 USC sec. 1961 Racketeering
p. 18 USC sec. 1962 Prohibited activities
q. 18 USC sec. Torture
r. 18 USC sec. Treason
s. 18 USC sec. Misprision of Treason
t. 18 USC sec. Seditious conspiracy

All things states are stated under Penalty of Perjury and
autographed thereof. It is commanded by the People to set free the
Body of Hamzeh Abu Shariah Immediately!!!

Govern yourselves accordingly,

10/27/20201        By: _Hamzeh Abu Shariah_ UCC1-308

hamzeh-abushariah/secured creditor/ non US employee/CITIZEN

_____          _____
WITNESS#1                                 WITNESS#2

# AFFIDAVIT OF PROCESS SERVER

## In the Circuit Court of Arlington County, Virginia

**Hamzeh AbdelMajid Abushariah**

        Plaintiff(s),

VS.

**Daniel S. Fiore II, et al.**

        Defendant(s).

Attorney: NONE

Saddam Abu Shariah
4701 Kenmore Ave. APT 11221
Alexandria VA 22304

**\*267398\***

**Case Number: CL21-2910**

Legal documents received by Same Day Process Service, Inc. on **07/12/2021** at **1:29 PM** to be served upon **Judge Daniel S. Fiore II at 1425 N Courthouse Rd Ste 9100, Arlington, VA 22201**

I, **Alyssa McDonald**, swear and affirm that on **July 12, 2021** at **2:39 PM**, I did the following:

Served **Judge Daniel S. Fiore II** by delivering a conformed copy of the **Writ of Habeas Corpus; Notice of Liability for Fraud by Deception and Inducement with No Congressional Authority;** to Stephanie F. as Clerk & Authorized Agent of Judge Daniel S. Fiore II at 1425 N Courthouse Rd Ste 9100 , Arlington, VA 22201.

**Description of Person Accepting Service:**
Sex: Female Age: 35 Height: Sitting Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:** I served Stephanie F. who accepted on behalf of the entity but did not wish to provide her full surname.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**RECEIVED 21 JUL 19 PM 12: 53**

Internal Job ID:267398

_Alyssa McDonald_
**Alyssa McDonald**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

District of Columbia: SS:
Subscribed and Sworn to before me
this _____ day of _____

Brandon Spesard, Notary Public, D.C.
My commission expires August 14, 2021

# AFFIDAVIT OF PROCESS SERVER

### Arlington County Circuit Court, Commonwealth of Virginia

**Hamzeh AbdelMajid Abushariah**

      Plaintiff(s),

VS.

Attorney: NONE

Saddam Abu Shariah
4701 Kenmore Ave. APT 11221
Alexandria VA 22304

**Commonwealth of Virginia & Agents/Agencies, et al**

      Defendant(s).



*272539*

**Case Number: CR20000459-00, CR20000460-00, CR20000462-00, etc.**

Legal documents received by Same Day Process Service, Inc. on **12/08/2021** at **2:04 PM** to be served upon **Arlington County Circuit Court**, at **1425 North Courthouse Rd., Arlington, VA, 22201**

I, **Rachel Vogel**, swear and affirm that on **December 09, 2021** at **11:48 AM**, I did the following:

Served **Arlington County Circuit Court, a government agency** by delivering a conformed copy of this **Sworn Notice in the Form of Affidavit** to Lisa Wilson as **Court Administrator & Authorized Agent** at **1425 North Courthouse Rd. , Arlington, VA 22201** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 45 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

District of Columbia
Signed and sworn to (or affirmed) before me
on _12-13-2021_ by _Rachel Vogel_
   Date       Name(s) of Individual(s) making Statement

_____
Signature of Notarial Officer

_Notary_
Title of Office

My commission expires: _9-30-2026_

Carolyn L. Elam
Notary Public, District of Columbia
My Commission Expires 9/30/2026

**Rachel Vogel**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:272539



# AFFIDAVIT OF PROCESS SERVER

## Arlington County Circuit Court, Commonwealth of Virginia

**Hamzeh AbdelMajid Abu Shariah**

      Plaintiff(s),

VS.

**William T. Newman, Jr., Esq., et al**

      Defendant(s).

Attorney: NONE

Saddam Abu Shariah
4701 Kenmore Ave. APT 11221
Alexandria VA 22304

*267564*

Case Number: CR20-275, -276, -277

Legal documents received by Same Day Process Service, Inc. on 07/15/2021 at 1:09 PM to be served upon William T. Newman, Jr., Esq. at 1425 North Courthouse Rd., #9100, Arlington, VA 22201.

I, **Travis Stackhouse**, swear and affirm that on **July 16, 2021** at **1:53 PM**, I did the following:

Served **William T. Newman, Jr., Esq.** by delivering a conformed copy of the **Notice of Liability for Fraudulent Fiduciary Position Over the Estate of Hamzeh Abu Shariah** to **Lisa Wilson as Court Administrator & Authorized Agent of William T. Newman, Jr., Esq.** at 1425 North Courthouse Rd., #9100 , Arlington, VA 22201.

**Description of Person Accepting Service:**
Sex: Female Age: 50s Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Travis Stackhouse**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
(202)-398-4200
info@samedayprocess.com

Internal Job ID:267564

District of Columbia: SS
Subscribed and Sworn to before me,
this _____ day of _____

Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021

**VIRGINIA:**

## IN THE CIRCUIT COURT OF ARLINGTON COUNTY

HAMZEH ABUSHARIAH,      )
                                )
                                )      Case No. CL21-2753-00

v.                              )
                                )      CL21002753-00
SHERIFF OF ARLINGTON     )      WHC
COUNTY                        )      0

<u>Order</u>

THIS MATTER comes upon the Petition for a Writ of Habeas Corpus, filed by Hamzeh Abushariah filed on June 29, 2021.

IT APPEARING to the Court that it is appropriate for the Court to consider a response to this motion from the Attorney General; it is hereby,

ORDERED, ADJUDGED AND DECREED that the Attorney General shall file a response by September 2021.

The Clerk of the Court shall cause a copy of this order to be sent to the Attorney General of Virginia, the Commonwealth's Attorney, and the Defendant.

IT IS SO ORDERED.

ENTERED this _____ day of August 2021.

                                    Daniel S. Fiore, II
                                      Arlington Circuit Court Judge