From: Saddam Abu Shariah

To: Judge Claude M. Hilton or active Judge

In Re: 1:22-cv-00393

FILED

2022 MAY 16 A 11:56

This letter is written to you based upon our request to remove the case from the Circuit Court in Arlington to the United States District Court concerning a violation of a non-response to our Writ of Habeas Corpus, which was demanded of by Judge Judith L Wheat. It's been over a month and all we have been receiving from the Clerk of Court is that our request is pending. Please share with us how and why its taking this long for an investigation or the removal of the body of my brother from the Lower court especially when we have followed the law and have stood against the fraud done to us under the Color of Law. What do we need to do to get attention to our request? What did we forget to file that has this case pending for so long? On paper it is very clear, and we have done what the law has required by a private man upon the land. Our filings have stood in law and have been left unanswered, not denied, or called frivolous but left unanswered of which they are in default. Please show us the body. We have followed the rules based upon the state and federal law and it appears there is a hand from the Intelligence Community that has these courts not acting according to the ones sworn Oath of Office. Are they above the law? Never! So please grant us what is a protected right and issue our Writ of Habeas Corpus or one that is feasible to your position. It is our right to have this answered immediately please do your due diligence and act according to your sworn oath of office.

May 15, 2022

Govern yourself Accordingly,

By:_____

1034 B Margak Ct
Sterling VA 20164